UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH TEMPLIN                                                                  PLAINTIFF
#601154

V.                              No. 4:20-cv-01308-JM-JTR

LANCE BONDS, Sheriff,
Stone County                                                                     DEFENDANT

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Moody may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

On November 4, 2020, Plaintiff Joseph Templin ("Templin"), while detained in the Stone County Jail ("SJC") filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights. *Doc. 2 & 5.*

On November 5, 2020, the Court entered an Order that, among other things, advised Templin of his obligation to promptly notify the Clerk and other parties of any change in his address, to monitor the progress of the case, and to prosecute the action diligently, as required by Local Rule 5.5(c)(2). *Doc. 3*.

On January 5, 2021, Templin notified the Court that he was no longer in the SCJ and provided an updated address.  *Doc. 11*.

On January 22, 2021, mail sent to Templin at his updated address was returned as undelivered, with the notation "RTS." *Doc. 12*.

On March 16, 2021, the Court entered an Order directing Templin to *either* file a completed free-world Application to proceed *in forma pauperis, or* pay the filing fee.   The Order set a deadline of April 16, 2021 for Templin to comply.  *Doc. 13*.

On March 31, 2021, a copy of the March 16th Order was returned as undeliverable.  *Doc. 14*.

As of the date of this Recommendation, Templin has failed to keep his address updated and failed to comply with the Court's March 16 Order.   The Court has no way to communicate with Templin regarding his case.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's case be DISMISSED, WITHOUT PREJUDICE, pursuant to

Local Rule 5.5(c)(2) and Fed. R. Civ. P. 41(b).

2.   The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

DATED this 19th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE