UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH TEMPLIN                                                                                          PLAINTIFF
#601154

V.                                               No. 4:20-cv-01308-JM-JTR

LANCE BONDS, Sheriff,
Stone County                                                                                            DEFENDANT

## ORDER

The Court has reviewed the Proposed Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Plaintiff Joseph Templin has not complied with either the Court's: (1) November 5, 2020 Order advising him of his duty to promptly notify the Court of any address changes; or (2) March 16, 2021 Order directing him to file a free-world application to proceed *in forma pauperis* due to his release from incarceration. *Doc. 13*.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE