UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH TEMPLIN                                                                                          PLAINTIFF
#601154

V.                                      No. 4:20-cv-01308-JM-JTR

LANCE BONDS, Sheriff,
Stone County                                                                                            DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 10th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE